(44 South. 159.)

No. 16,473.

STATE v. ROY.

(May 13, 1907. Rehearing Denied June 17, 1907.)

CRIMINAL LAW—APPEAL—REVIEW.

Same as State of Louisiana v. M. L. Laborde (this day decided) 44 South. 156, ante, p. 410.

(Syllabus by the Court.)

Appeal from Fourteenth Judicial District Court, Parish of Avoyelles; Gregory Horatio Couvillon, Judge.

T. R. Roy was convicted of crime, and appeals. Affirmed.

Peterman & Couvillon, for appellant. Walter Guion, Atty. Gen., and Joseph William Joffrion, Dist. Atty. (Lewis Guion, of counsel), for the State.

PROVOSTY, J. This case, saving that it is against another defendant, is identical with that of State of Louisiana v. M. L. Laborde (No. 16,472, this day decided) 44 South. 156, ante, p. 410, and the judgment must be the same.

Judgment affirmed.